460 A.2d 844

Commonwealth v. Townes, Appellant.

Before CERCONE, P.J., JOHNSON and MONTEMURO, JJ.

Judgment of sentence affirmed.